UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON,

     Plaintiff,

v.

JOHNSON CHRISTIANSEN,
ET AL,

     Defendants,

_____/

Case No. 4:26-cv-12388
Hon. F. Kay Behm

**JUDGMENT**

     **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated July 17, 2026, this cause of action is **SUMMARILY DISMISSED WITHOUT PREJUDICE**.

     Dated at Flint, Michigan this 17th day of July, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/Kourtney Collins

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge